OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

**COURT OF CRIMINAL APPEALS**
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 NOV. 03. 2015

10/26/2015
AQUINO, ARMANDO DEJESUS  Tr.Ct.No. 878197-A  WR-84,106-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

ARMANDO DEJESUS AQUINO
2701 W. BELLFORT #210
HOUSTON, TX 77054